# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:18-cr-26-SPB |
| | ) | |
| **AMAAD MALIEK ALI** | ) | |
| a/k/a Dwayne Alexander White | ) | |

**ORDER**

AND NOW, to-wit, this 5th day of March, 2019, after a motion hearing was held this same date, and after consideration of the *pro se* Motion to Fire Attorney (ECF No. [45]) filed by the Defendant, Amaad Maliek Ali, and the Motion to Withdraw as Counsel filed by Chad Vilushis, Esq. (ECF No. [46]),

IT IS HEREBY ORDERED that Attorney Vilushis' Motion to Withdraw as Counsel is GRANTED. Based upon the record that was established at the motion hearing, the Court finds that good cause exists to grant defense counsel's motion inasmuch as there are irreconcilable differences between the Defendant and his counsel, and the attorney/client relationship has deteriorated to the point that effective representation of the Defendant by his present counsel is no longer possible. In light of the foregoing, IT IS ORDERED that the Defendant's Motion to Fire Attorney is DENIED as moot.

Based on the Defendant's representations under oath at the motion hearing, the Court finds that the Defendant (i) clearly

1

and unequivocally expressed his desire to proceed pro se, (ii) is competent to waive his Sixth Amendment right to counsel and to stand trial, and (iii) knowingly, voluntarily, and intelligently made an informed decision to waive his right to representation by an attorney.  Accordingly, the Court accepts the Defendant's waiver of his Sixth Amendment right to counsel, and the Defendant is permitted to proceed pro se.  Based on the record established at the motion hearing, IT IS ORDERED that new counsel from the CJA Panel be appointed forthwith to serve as stand-by counsel for the Defendant.

IT IS FURTHER ORDERED, for the reasons set forth on the record, that the Defendant's pro se motions filed at ECF Nos. [43] and [44] are dismissed as procedurally improper.  The dismissal is without prejudice to the Defendant's right to refile the motions, after further careful review, in light of his present pro se status.

/s/  Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge